UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-85-0130 SC |
| | ) | |
| Plaintiff, | ) | ORDER SETTING |
| | ) | BRIEFING SCHEDULE FOR |
| v. | ) | DEFENDANT'S MOTION TO |
| | ) | CORRECT ILLEGAL |
| JON PERROTON, | ) | <u>SENTENCE</u> |
| | ) | |
| Defendant. | ) | |

On August 27, 2007, Defendant Jon Perroton filed a Motion to Correct Illegal Sentence. <u>See</u> Docket No. 78. The Court hereby sets the briefing schedule as follows:

1) Plaintiff United States of America shall have 60 days from the date of this Order to file an Opposition Brief.

2) Defendant Perroton shall have 60 days from the date of the Government's Opposition to file a Reply Brief.

The matter will be deemed submitted on the papers and there will be no hearing and no oral argument.

IT IS SO ORDERED.

Dated: November 19, 2007

_____
UNITED STATES DISTRICT JUDGE